## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-CV-03657 |
| | ) | District Court Judge John Z. Lee |
| COLUMBIA INSURANCE GROUP, INC., | ) | |
| TDH MECHANICAL, INC., ROCKWELL | ) | |
| PROPERTIES, LLC, PRAIRIE MANAGEMENT | ) | |
| & DEVELOPMENT, INC., ROCKFORD | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| EDUARDO GUZMAN, and | ) | |
| KARLA AVINA, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR ENTRY OF ATTORNEYS' FEES AWARD AGAINST ROCKFORD MUTUAL INSURANCE

1.      On July 18, 2019, the Court awarded Scottsdale Insurance Company ("Scottsdale") its reasonable attorneys' fees in connection with its Motion to Compel against Rockford Mutual Insurance Company pursuant to Federal Rule of Civil Procedure 37(a)(5). *See* Dkt. #82.

2.      Scottsdale incurred $581.00 in attorneys' fees to prepare and present its motion to compel. Relevant invoice entries are attached hereto as **Exhibit A.**

3.       Scottsdale's fees are reasonable in consideration of the amount of time expended and hourly rates charged. *See* Affidavit of Jonathan L. Schwartz, attached hereto as **Exhibit B**, ¶ 5.

WHEREFORE, Plaintiff, Scottsdale Insurance Company, respectfully requests this Court award it $581.00 in attorneys' fees against Rockford Mutual Insurance Company.

23964272.v2

DATED:  October 4, 2019                    Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: /s/  Jonathan L. Schwartz
Attorney for Scottsdale Insurance Company

Jonathan L. Schwartz (ARDC #6287338)
GOLDBERG SEGALLA LLP
***Mailing Address:***
P.O. Box 957
Buffalo, NY 14201
***Physical Address:***
222 W. Adams St., Suite 2250
Chicago, IL 60606
jschwartz@goldbergsegalla.com

23964272.v2