# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Scottsdale Insurance Company

Plaintiff,

v.

Columbia Insurance Group, Inc., et al.

Defendant.

Case No.: 1:18–cv–03657

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2019:

MINUTE entry before the Honorable John Z. Lee:Scottsdale Insurance Company's motion for entry of attorneys' fees award against Rockford Mutual Insurance [97] is granted. The Court enters a declaratory judgment in favor of Scottsdale Insurance Company and against Columbia Insurance Group, Inc., and TDH Mechanical, Inc., stating that Columbia Insurance Group, Inc., has a duty to defend Rockwell Properties, LLC, and Prairie Management & Development, Inc. Scottsdale Insurance Company 9;s claims against Rockwell Properties, LLC, and Prairie Management & Development, Inc. are dismissed without prejudice. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.